NUMBER 13-05-147-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

EDWARD
BRANDON WHITE,                                      Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

                   On appeal from the 36th District Court 

                        of San
Patricio County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

   Before Chief Justice Valdez and
Justices Hinojosa and Castillo

                       Memorandum Opinion Per
Curiam

 








Appellant, EDWARD BRANDON WHITE,
perfected an appeal from a judgment entered by the  36th District Court of San Patricio County, Texas, 
in cause number S-98-3126-CR.  On June 23, 2005, this cause
was abated, and the trial court was directed to conduct a hearing in accordance
with Tex. R. App. P.
38.8(b)(2).  The trial court=s findings and
recommendations were received on July 7, 2005.  The trial court found that the appellant does
not wish to prosecute his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 21st day of July, 2005.